IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIEMURZHON IMAMOV | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-2204 |
| | : | |
| J.L. JAMISON, *Warden, FDC* | : | |
| *Philadelphia, In his official capacity*, et al. | : | |

## ORDER

AND NOW, this 6th day of April, 2026, upon consideration of Petitioner Maiemurzhon Imamov's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Dkt. No. 1) and Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 2), it is ORDERED that:

1. Petitioner shall make immediate and proper service of the Petition (Dkt. No. 1), the Emergency Motion (Dkt. No. 2), and this Order on the Government Respondents.

2. Petitioner shall immediately forward his petition and this order to the following email addresses:

    a. desiree.wilkins@usdoj.gov

    b. anthony.stjoseph@usdoj.gov

    c. susan.becker@usdoj.gov

    d. gregory.david@usdoj.gov

3. The Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania without further order of the Court.

4. The Government shall respond to the Petition by **Wednesday, April 8, 2026**.

5. The parties shall promptly inform the Court if they do not require a hearing or oral argument.

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.