IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIEMURZHON IMAMOV | : | CIVIL ACTION |
| | : | |
| v. | : | No. 26-2204 |
| | : | |
| JL JAMISON | : | |
| *WARDEN, FDC PHILADELPHIA, In his* | : | |
| *official capacity*, et al. | : | |

## ORDER

AND NOW, this 29th day of April, 2026, upon consideration of Petitioner Maiemurzhon Imamov's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2), the Government's response (ECF No. 5), and Imamov's reply (ECF No. 6), and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. The Petition (ECF No. 1) is GRANTED. Imamov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(1);

2. The Government shall RELEASE Imamov from custody immediately and shall certify compliance with this Memorandum Opinion and Order by filing on the docket no later than 5:00 P.M. EDT on April 30, 2026;

3. In doing so, the Government shall not subject Imamov to any conditions of release including the imposition of any and all GPS monitoring technology or devices that he was not subject to before his current detention;

4. The Government shall return Imamov's personal property that it seized during his arrest and detention including his personal identification and documents;

5. The Government is temporarily enjoined from re-detaining Imamov for seven days following his release from custody;

6. If, after the seven-day period, the Government chooses to pursue re-detention of Imamov, it must first provide Imamov with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings;

7. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Imamov from the Eastern District of Pennsylvania. If the immigration judge determines that Imamov is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Imamov if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Imamov;

8. In the event of release after a bond hearing, the Government shall not subject Petitioner to conditions of release that are inconsistent with the exact terms as set by the Immigration Judge after the bond hearing, including the imposition of any and all GPS monitoring technology or devices; and

9. The Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2) is DISMISSED as moot.

It is further ORDERED that, upon receipt of the Government's certification of compliance with this Memorandum Opinion and Order, the Clerk of Court shall mark this case CLOSED.

2

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.